

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2019

No. 04-19-00409-CV

Frederick O. **SILVER**,
Appellant

v.

**TOYOTA MOTOR MANUFACTURING TEXAS, INC., ET AL.**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-05365
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

The Appellant's Motion for Immediate Reverse and Vacate Order and Judgment is hereby DENIED.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court